## Himes, Appellant, *v.* Gavigan.

Argued December 6, 1973. *Hugh F. Mundy*, with him *Sol Lubin*, and *Winkler, Danoff, Lubin and Toole*, for appellant; *Arthur Silverblatt*, for appellees.

OPINION PER CURIAM: The six judges who heard this appeal being equally divided, the judgment is affirmed.

SPAULDING, J., absent.